UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

CHERYL M. CORBETT,

    Plaintiff,

v.

TEXAS INSTRUMENTS, INC.;
TEKNOR APEX COMPANY;
CONOCO-PHILLIPS, INC.;
WHX CORPORATION;
SWANK, INC.;
CHEVRON USA, INC.;
KEWANEE INDUSTRIES, INC.;
APCO MOSSBERG TORGUE TOOL COMPANY;
AUTOMATIC MACHINE PRODUCTS COMPANY;
LAMBERT ENGRAVING COMPANY; and
GODITT & BOYER,

    Defendants.

Civil Action No.

(Bristol Superior Court,
County of Bristol,
Case No. 08-386A)

---

## CORPORATE DISCLOSURE STATEMENT OF TEXAS INSTRUMENTS INCORPORATED

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Texas Instruments Incorporated, a private, nongovernmental corporate party, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

          Respectfully submitted,
          TEXAS INSTRUMENTS INCORPORATED,
          By its attorneys,

          /s/ Katharine S. Perry
          Mark O. Denehy, BBO No. 120380
          Katharine S. Perry, BBO No. 634167
          ADLER POLLOCK & SHEEHAN P.C.
          175 Federal Street
          Boston, MA 02110
          (617) 482-0600
          (617) 482-0604 (Facsimile)

Dated: May 28, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on May 28, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Katharine S. Perry
          Katharine S. Perry

*455428_1.doc*