# EXHIBIT 1

1190 Allerton Road
West Chester, PA 19382
610-457-1662

**XperTox**

To:     Aaron J. Freiwald, Esq.

From:   Bruce Molholt, Ph.D.

Re:     **Hannan and Corbett vs. Texas Instruments**

Date:   16 April 2010

Dear Attorney Freiwald –

This is my expert toxicological report concerning the above-captioned case on behalf of plaintiffs.

### Introduction

Sandra Hannan and Cheryl Corbett are sisters who grew up in Attleboro, Massachusetts, which is near Boston. As children they frequently played and picked berries on an area near the edge of town which would later be classified as a Superfund site by USEPA and swam and fished in a nearby pond. This site, the Shpack Landfill, was both unfenced and unmarked, and its multiple toxic contaminants included both carcinogenic chemicals and radionuclides.

The major contributor of these hazardous wastes at the Shpack Landfill was Texas Instruments (TI) and its predecessors in Attleboro. In addition to dumping large quantities of carcinogenic wastes, TI would often burn these wastes. Hence, Mrs. Hannan and Mrs. Corbett were exposed repeatedly as children to disposed TI carcinogens by a variety of routes (direct contact, ingestion and inhalation).

Subsequently, as adults, both Mrs. Hannan and Mrs. Corbett would be diagnosed with rare forms of papillary thyroid cancer known as "Warthin-like" and with marginal zone non-Hodgkin's lymphoma, respectively. Subsequently, a study by the Massachusetts Dept. of Health would find that thyroid cancer rates have been statistically significantly elevated in Attleboro. According to the peer-reviewed medical literature, papillary thyroid cancer is known to be associated with radiation exposure, such as the population exposed as children to radionuclides emanating from the 1986 Chernobyl disaster.

### Qualifications

I have been practicing the science of toxicology for 30 years, ever since I came to Philadelphia to be Science Director of the Environmental Cancer Prevention Center at the Public Interest Law Center of Philadelphia (PILCOP). Subsequently I would be toxicologist for the Superfund Program at the U.S. Environmental Protection Agency (Region III Office in Philadelphia) and Director of Risk Assessment and Toxicology

EXHIBIT 80
Molholt-4
8/30/10

Molholt Expert Report  
Hanna & Corbett vs Texas Instruments

16 April 2010

Programs and Principal for Environmental Resources Management (ERM in Exton, PA).

Throughout these 30 years I have maintained my academic credentials through publications in peer-reviewed journals, teaching at local colleges and universities and presenting invited seminars. My present academic affiliation is with the Environmental Studies Program of the University of Pennsylvania where I have taught for the past 20 years. In addition, I have testified as an expert toxicologist in dozens of court cases concerning adverse human health effects from exposures to chemical and radionuclide toxins. My current résumé is appended to this report.

**Materials Reviewed**

Information for this expert report has been gathered from several sources, including those specific for plaintiffs and government documents regarding the Shpack Landfill.

1. Complaints filed for Sandra Hannan and Cheryl Corbett;
2. Depositions of Sandra Hannan and Cheryl Corbett;
3. Medical records for Sandra Hannan and Cheryl Corbett;
4. USEPA Record of Decision (ROD) for the Shpack Landfill;
5. Three CDs produced from USEPA's Administrative Records file for the Shpack Landfill;
6. ATSDR's Public Health Assessments for the Shpack Landfill;
7. Massachusetts Dept. of Health's epidemiological studies of cancer incidence in Attleboro and Norton, MS;
8. Records of the U.S. Dept. of Energy (Oak Ridge National Laboratory) regarding the Shpack Landfill;
9. Additional U.S. Dept. of Energy records for the Shpack Landfill dated 7/14/08 and 9/15/08;
10. Peer-reviewed medical literature regarding thyroid carcinogenesis from radiation and chemical exposures;
11. Declaration of Oscar Nietzel dated 9/15/06;
12. Deposition of Oscar Nietzel dated 3/9/09;
13. Recent depositions of Robert & Dennis Nixon; and
14. Recent depositions of Janet & Ronald O'Reilly.

● Page 2

Molholt Expert Report                                                                16 April 2010
Hanna & Corbett vs Texas Instruments

### History of Texas Instruments in Attleboro, Massachusetts

The history of what would become the Texas Instruments plant in Attleboro goes back to 1916 and includes several name changes.

1. What would become Metals & Controls (M&C) began as a jewelry manufacturer (General Plate Co.) in Attleboro in 1916. There is an extensive history in the USEPA Administrative Records files in a report issued on the 50th anniversary of this facility in 1966.

2. The plant began making industrial equipment, including thermostats and protective equipment for the electrical industry, including circuit breakers, in the 1930s. The military became their largest client.

3. M&C incorporated in 1931, consolidated with Texas Instruments (TI) in 1959 and became a Corporate Division of TI on 3 January 1961.

4. Their first production of nuclear fuel was in 1952.

5. In 1953 they began to experiment with rolling uranium ingots into foils which had potential nuclear power applications.

6. Following a bad inspection report, in 1959 M&C reorganized its nuclear work becoming M&C Nuclear. AEC opined after an inspection that year that this reorganization probably would not improve health and safety at the M&C plant.

7. After consolidating with TI in 1959, M&C become the world's largest private supplier of enriched uranium products. In 1959, the annual budget of M&C/TI exceeded $30 million in 1959$.

### Production of Radioactive Products by Texas Instruments

During the height of the cold war the major products of the Texas Instruments plant in Attleboro were nuclear fuel rods for use in new warships of the U.S. Navy.

1. In June 1958, a year before its reorganization as M&C Nuclear, M&C was contracted by the AEC to produce fuel rods for nuclear submarines and aircraft carriers of the U.S. Navy.

2. By 1961 M&C Nuclear was a Corporate Division of Texas Instruments.

Molholt Expert Report　　　　　　　　　　　　　　　　　　　　　　16 April 2010
Hanna & Corbett vs Texas Instruments

   3. M&C received kg quantities of enriched uranium (>95% U-235) from Oak Ridge National Labs (TN) and zirconium alloy (zircalloy) from Knolls Atomic Power Lab (KAPL), a division of General Electric (Schenectady, NY) in order to fabricate nuclear fuel rods for the U.S. Navy.

   4. The fabricated fuel rods were then shipped by M&C to KAPL under contract, where KAPL installed them in nuclear submarines and aircraft carriers.

## History of the Shpack Landfill

The Shpack Landfill was an unfenced, unregulated dump in between the townships of Attleboro and Norton into which most wastes of the Texas Instruments plant were disposed.

   1. The Shpack Landfill accepted industrial and municipal wastes 1946-65, i.e., during the period of major nuclear fuel rod development by M&C/TI.

   2. The Shpack Landfill was categorized as a "mixed waste" Superfund site by USEPA, i.e., that it contains both radiological and chemical hazardous wastes.

   3. Radiological contaminants include three uranium isotopes: U-234, U-235 & U-238. (U-235, the fissionable isotope, predominates.) There is also some radium (Ra-226), but this radionuclide appears to be in background concentrations.

## Carcinogenic Profile of Contaminants at the Shpack Landfill

During their extensive sampling of the Shpack Landfill during their Superfund investigation, USEPA found a wide variety of carcinogens present at dangerously high concentrations.

   1. The radionuclide contaminants of the Shpack Landfill are carcinogenic initiators, that is they mutate DNA which, in oncogenes, are the required first steps in carcinogenesis.

   2. In addition, chemical carcinogenic initiators, such as vinyl chloride, are also present (as are its precursors TCE and cis-1,2-DCE).

   3. There are also numerous carcinogenic promoters, including benzene, polynuclear aromatic hydrocarbons, dioxins and PCB-1254.

● Page 4

Molholt Expert Report                                                                                     16 April 2010
Hanna & Corbett vs Texas Instruments

4. The presence of both carcinogenic initiators and promoters means that cancer risks from exposure are exacerbated due to the synergistic interactions between these two classes of carcinogens.

**Waste Disposal by Texas Instruments and Evidence of Dumping into the Shpack Landfill**

A review of available documents reveals the quantities of radionuclide and chemical wastes generated by M&C Nuclear (TI) and their disposal at Shpack Landfill. Given the presence of significant quantities of enriched uranium (EU) in the Shpack Landfill, there is no doubt that Texas Instruments used this dump for radwaste disposal.

1. Although company documentation, including negotiations with AEC (the regulatory agency of note during most of M&C's heyday) is fairly complete, there is little documentation regarding waste disposal.

2. It is clear that they handled huge quantities of highly enriched uranium. It is probable that this amounted to >1,000 kg U-235 per year (~95% U-235, U-238 and U-234, also present at Shpack, being the three uranium isotopes of concern).

3. For most of their production of nuclear fuel for the Navy (including fuel rods for both aircraft carriers [such as the *Enterprise*] and submarines [such as *Triton*]) they received the enriched U (EU >90% U-235) from Oak Ridge (ORNL), and zircalloy (a zirconium alloy for cladding the EU) from Knolls Atomic Power Labs (KAPL) in Schenectady, NY, as raw materials for the fabrication of nuclear fuel rods.

4. Once fuel rods were fabricated, they were shipped to KAPL (GE) in Schenectady for subsequent emplacement in naval vessels. (This whole process was overseen by DOE's Naval Reactors Office [SNRO], also located in Schenectady.)

5. Other customers of M&C Nuclear (TI) included foreign governments (Japan and Belgium), U.S. National Labs (Lawrence Livermore, Argonne, and Oak Ridge) and several U.S. companies, including:
    a. Battelle
    b. Aerojet
    c. Phillips
    d. Union Carbide
    e. Westinghouse
    f. Allis-Chalmers
    g. Pratt & Whitney

● Page 5

Molholt Expert Report  
Hanna & Corbett vs Texas Instruments

16 April 2010

    Oddly enough, it appears as if they were tinkering with nuclear fuel for potential use in aircraft reactors in their P&W contract.

6. A central technique in cleaning EU obtained from ORNL included extensive degreasing, sometimes denoted as vapor degreasing. Although not pinpointed as to the exact degreasing solvent(s) used, I am confident this was a major source of the TCE found in significant quantities at Shpack (and subsequently found to be degrading extensively to *cis*-1,2-DCE and VC).

7. There is extensive documentation of M&C/TI losses of EU during the fabrication of nuclear fuel – averaging about 1.5% of the EU as non-recoverable wastes. Given that they handled hundreds of kg of EU annually, this is a significant source of radioactive wastes on-site.

8. Upon being decommissioned, the massive M&C/TI plant in Attleboro was found to be extensively contaminated with radioactivity, requiring a major cleanup effort building-by-building.

9. M&C is often chastised (and charged) by KAPL for having lost U-235 inventory (in excess of $1.4 million in one year). They also frequently have miscalculated what they received before manufacturing nuclear fuel for the Navy – often finding a higher enrichment percentage (U-235/total U) in their product than that received from ORNL.

10. Although waste disposal procedures are not extensively documented, there are multiple advisories from AEC which include burning and burial – if local or state regulations are not violated.

11. One significant application specifically details burning of paper, wood and other combustible trash in their on-site incinerator. Due to extensive contamination, each 300 lbs of waste so burned was estimated to produce 10 g U-235, 1 g U-238 and some thorium (Th-232). Obviously some of this radioactivity went up the stacks, but there were enough residues in ash to warrant a recovery operation.

12. An extensive application of M&C/TI regarding liquid wastes (approved by AEC) allows for water dilution and then dumping them into Attleboro public sewers.

13. A license application to the AEC (undated) reads as follows regarding radwaste disposal:

● Page 6

Molholt Expert Report  
Hanna & Corbett vs Texas Instruments

16 April 2010

> "The radioactive wastes which are generated are currently disposed of through Commission channels and it is contemplated that arrangements would be made to either continue such disposal ... *or to utilize private concerns for such disposal.*" (Emphasis mine)

14. There is documentation of significant problems in dealing with radioactive wastes in April 1966 which eventually forced them to abandon their nuclear fuel business.

15. The presence of thorium (Th-232) wastes stems from M&C Nuclear (TI) production of two products:
    a. *Thorium foil* (presumably similar to the uranium foil produced earlier).[1]
    b. *Thoriated graphite electrodes.*

16. Additional on-site contaminants include:
    a. *Dichromate* – hexavalent chromium, apparently used in the titration (quantification) of uranium;
    b. *Zirconium* – Used for fuel rod cladding (mostly as zircalloy) because it is transparent to neutrons); and
    c. *Hafnium* – potentially a contaminant of zirconium or, possibly, used as an experimental replacement for zirconium in fuel rod cladding.

**The Radionuclide Inventory at M&C Nuclear/TI and Evidence for Warhead Manufacture**

1. This evidence has been obtained from an extensive (123 pp.) report entitled "Analysis of possible nuclear material losses and possible liabilities," written by ASTRA, Inc., of Raleigh, NC.[2] Although the majority of this report entails the potential for U-235 holdings (averaging in excess of 1,000 kg at all times) for "going critical," *i.e.*, engendering a nuclear chain reaction, this report also addresses other health risks.

    a. There have been many incidents in the U.S. (and abroad) when enriched uranium (EU) reactors reached criticality. Euphemistically, these have been labeled "excursions."

    b. One reason M&C/TI may have been so obsessed with criticality is that they were dealing primarily with weapons-grade uranium (>90%

---

[1] In addition to manufacturing foil with enriched uranium (EU), M&C Nuclear also made foils with depleted uranium (DU, which is mainly U-238).

[2] This report is found in the 3rd CD containing USEPA's Administrative Record at file no. 209715.

● Page 7

Molholt Expert Report 16 April 2010
Hanna & Corbett vs Texas Instruments

      U-235). See point 3 below for further explication regarding this.

    c. Most reported "excursions" at reactor or test sites have occurred in less than 0.1 msec after some insipient triggering event.

    e. One example, cited in this report, was the 1961 SL-1 research reactor accident in Idaho during which it is noted that "objects were hurled" as a result of this "excursion." (*From my studies of this catastrophe, one of the "objects" was the reactor operator himself, who became impaled onto the ceiling with a control rod thrust through his belly.*)

2. A 1985 study by Oak Ridge Associated Universities (ORAU) examined radionuclide contamination on the M&C/TI site. Major contamination was found southwest of Bldg. 12, where drummed wastes had been buried, and along the loading dock of Bldg. 10.

    a. The drum burial area near Bldg. 12 was about the size of a football field and later was mostly covered by a parking lot.

    b. Major contaminants found in both soil and groundwater of the drum burial area included U-235, U-238, Th-232 and Ra-226 -- the same radionuclides have been found to contaminate the Shpack Landfill.

    c. These same radionuclides were found in the loading dock area of Bldg. 10.

    d. Maximal contamination levels found are summarized in the following table:

### Maximal Radionuclide Concentrations in pCi/g

| Area | U-235 | U-238 | Th-232 | Ra-226[3] |
|---|---|---|---|---|
| Bldg. 10 dock soil | 149 | 4,450 | 1.7 | 0.73 |
| Bldg. 12 buried soil | 590 | 887 | 10,240 | 176 |
| Bldg. 12 buried debris | 690,000 | $1.25 \times 10^7$ | 790,000 | 830,000 |

3. Why did M&C/TI deal mainly with such highly enriched uranium (EU)? Natural uranium is 0.7% U-235, which must be enriched to 3.7% to sustain the chain reaction required to produce nuclear power. However, most of the EU at M&C/TI was >90% U-235 (some as high as 96%). *This is weapons-grade uranium.*

---

[3] All soil levels of Ra-226 at Bldg. 10 appear to be background; however, a button containing Ra-226 was found in buried debris southwest of Bldg. 12. The highest Ra-226 in Bldg. 12 soil was in the 10,240 pCi/g Th-232 sample and Ra-226 may be a contaminant of Th-232.

● Page 8

Molholt Expert Report  
Hanna & Corbett vs Texas Instruments

16 April 2010

In that some sections of this database are heavily redacted (sometimes entire pages blacked out), it maybe that M&C/TI was manufacturing nuclear warheads for the *Triton* and other nuclear submarines – which are known to carry ICBMs with nuclear warheads. It only takes 10 kg of highly enriched uranium to arm a nuclear warhead, and M&C/TI usually had enough product on hand to manufacture 100 warheads.

4. Interestingly, in addition to carrying inventories of 3.7% and >90% U-235, they also carried considerable uranium stocks with intermediate levels of enrichment. Were these used for research purposes in-house (if so, many other radionuclides – fission products – would have been produced)? It is also probable that they used these stocks to manufacture fuel rods for research purposes extramurally.

The following table summarizes their inventory of various stages of U-235 enrichment as of January 1962:[4]

### Uranium Inventory at M&E/TI

| % Enrichment | Inventory (kg) |
|---|---|
| 0.7% (natural) | 192 |
| 1.8% | 363 |
| 2.2% | 3,932 |
| 3.2% | 1,449 |
| 20% | 71 |
| 93% | 1,264 |
| (Thorium) | (198) |

### Childhood History of Hannan and Corbett at the Shpack Landfill

Sandra Hannan and Cheryl Corbett grew up in the immediate neighborhood of the Shpack Landfill and frequently went onto the unfenced landfill to scavenge for used furniture, bicycles, bottles and other discarded junk (the landfill was a domestic as well as an industrial dump). They also ate blueberries from the site and fished and swam in nearby Chartley Pond.

---

[4] These stocks of uranium enriched to various levels of U-235 were supplied by the infamous AEC Y-12 factory at Oak Ridge, TN. The stocks supplied to M&C Nuclear in the 1950s and 60s were all enriched by gaseous diffusion (rather than centrifugation used today for enrichment). Uranium was dissolved in hydrofluoric acid (HF) to create uranium hexafluoride ($UF_6$, remarkably a gas at room temperature). The $UF_6$ gas was released at one end of large sealed buildings and then condensed at the other end – the lighter U-235 isotope diffusing slightly faster than U-238. Multiple cycles of gaseous diffusion enrichment were required to increase the percentage of U-235 at each cycle.

● Page 9

Molholt Expert Report
Hanna & Corbett vs Texas Instruments

16 April 2010

1. Their major combing of the Shpack Landfill occurred as elementary school children and teenagers, but they also continued to visit the landfill and fish in Chartley Pond as young adults.

2. In 1964, when Cheryl Corbett was 13, their mother moved to 44 Sturdy St., which is in between the Shpack Landfill and Chartley Pond.

3. This home would stay in the family when Sandra Hannan would buy it from their mother in 1967.

4. Their home on Sturdy St. frequently would become inundated with dark, pungent smoke emanating from burning trash at the Shpack Landfill.

**Thyroid Cancer is Statistically Significantly Elevated in Attleboro, MS**

1. The Massachusetts Dept. of Health has conducted an epidemiological study of cancer incidence in Attleboro, MS. The incidence of thyroid cancer in Attleboro is elevated above the background rate with 95% statistical significance.

2. The following cancer incidences are also elevated in Attleboro with 95% statistical significance: Hodgkin's disease, bladder, breast, lung and liver.

**Papillary Thyroid Cancer Diagnoses of Hannan and Corbett**

1. Sandra J. Hannan was born on 12/31/40. She was diagnosed with Warthin-like papillary thyroid cancer with Hurthle cell metaplasia on 4/4/06 at age 65.

2. Her sister, Cheryl M. Corbett, was born 8 years later on 12/8/48. She was diagnosed with papillary adenocarcinoma of the thyroid with marginal zone non-Hodgkin's lymphoma on 3/4/05 at age 56.

3. In addition to their rare subtypes of papillary thyroid cancers, both sisters were diagnosed with Hashimoto's thyroiditis, an autoimmune disease characterized by lymphocytic infiltration of the thyroid gland and antibodies to various thyroid proteins.

4. Both sisters required thyroidectomy to rid them of their malignant cancers.

5. That these sisters were diagnosed with their papillary thyroid cancers about a year apart indicates a common causal exposure history, perhaps decades earlier.

• Page 10

Molhoit Expert Report
Hanna & Corbett vs Texas Instruments

16 April 2010

## Papillary Thyroid Carcinogenesis

Most of the radionuclides dumped into the Shpack Landfill by Texas Instruments are alpha-particle emitters which, if inhaled or ingested, are potent carcinogens. In addition, there is substantial epidemiological evidence linking papillary thyroid cancers to exposure to this category of radionuclides.

1. Alpha-emitting radionuclides are particularly toxic, including carcinogenic, when ingested or inhaled. Overall, the toxicity of these radionuclides depends upon their half-life (the shorter the half-life, the more radiation emitted per second) and the types of radiation emitted.

### Properties of Radionuclide Contaminants at M&C/TI & Shpack

| Property | U-235 | U-238 | Th-232 | Ra-226 |
|---|---|---|---|---|
| Half-life (yrs) | 0.7 billion | 4.5 billion | 14 billion | 16,200 |
| Radiation | $\alpha$ | $\alpha$ | $\alpha$ | $\alpha, \gamma$ |

2. **Toxicology of $\alpha$-emitting radionuclides**

The $\alpha$-particle (a helium nucleus) cannot penetrate clothing or skin when one is exposed to external radionuclides; however, this form of radiation is the most dangerous when radionuclides have become internalized. The average path-length of $\alpha$-particle emissions inside the body is 50 cell diameters and any DNA within that path-length is either destroyed or heavily mutated.[5]

## Discussion

It is not unusual for cancers to be detected decades after exposure to carcinogenic substances. Recently the all-pro NFL defensive lineman and TV commentator Merle Olsen died of mesothelioma at age 69. He had been exposed to asbestos as a construction worker 50 years earlier. I have testified in other cases where the interval between exposure to known carcinogens and subsequent cancer diagnosis has been several decades.

The reason for this prolonged lag time between carcinogenic exposure and cancer diagnosis may be found in the multiple stages of carcinogenesis:

1. *Initiation* – At least 2 genetic mutations in oncogenes;
2. *Promotion* – Proliferation of carcinogenic-initiated cells into a small clone;

---

[5] See http://www.atsdr.cdc.gov/toxprofiles/tp150-c2.pdf

● Page 11

Molholt Expert Report                                                                 16 April 2010
Hanna & Corbett vs Texas Instruments

3. *Progression* – Acquisition of additional mutations which are required for invasion and metastasis.

Each of these stages may take a decade or more to accomplish. Part of this prolonged lag time is due to the body's natural defenses, including DNA repair to prevent incorporation of mutations into daughter cells and T-lymphocytes which recognize and destroy budding tumor cells.

Hence, it is not unusual that Sandra Hannan and Cheryl Corbett were diagnosed with their papillary thyroid cancers at ages 65 and 56, respectively.

Some of the oncogenes which are characteristic of papillary thyroid cancers have been identified. One, the BRAF gene, is characteristic of Warthin-like papillary cancers with Hurthle cell involvement.[6] This is the precise pathological definition of Sandra Hannan's papillary thyroid tumor and has been found more often in cancer patients with a history of radiation exposure (previous footnote), including children in Belarus who were exposed to the fallout from the Chernobyl disaster in 1986.[7]

---

[6] Endocr Pathol. 2005 Fall;16(3):163-72.
**Alterations of the BRAF gene in thyroid tumors.**
Ciampi R, Nikiforov YE.
Department of Pathology and Laboratory Medicine, University of Cincinnati College of Medicine, Cincinnati, OH 45267-0529, USA.
BRAF belongs to the RAF family of protein kinases that are important components of the MAPK signaling pathway mediating cell growth, differentiation and survival. Activating point mutation of the BRAF gene resulting in V600E (previously designated as V599E) is a common event in thyroid papillary carcinoma, being found in approx 40% of this tumor. It has strong association with classical papillary carcinoma and tall cell and possibly Warthin-like variants. This mutation also occurs in thyroid poorly differentiated and anaplastic carcinomas, usually those containing areas of papillary carcinoma. Alterations in the BRAF gene do not overlap with RAS mutations and RET/PTC rearrangement, indicating that activation of one of the effectors of the MAPK pathway is sufficient for papillary thyroid carcinogenesis. Recently, another mechanism of BRAF activation has been identified, which involves chromosome 7q inversion that results in the AKAP9-BRAF fusion. *It is rare in sporadic papillary carcinomas and is more common in tumors associated with radiation exposure.* Yet another mechanism of BRAF activation may involve copy number gain, which is seen in a significant portion of thyroid follicular tumors of both conventional and oncocytic (Hürthle cell) types. (Emphasis mine)

[7] J Clin Endocrinol Metab. 2001 Jul;86(7):3211-6.
**RET/PTC rearrangements in thyroid nodules: studies in irradiated and not irradiated, malignant and benign thyroid lesions in children and adults.**
Elisei R, Romei C, Vorontsova T, Cosci B, Veremeychik V, Kuchinskaya E, Basolo F, Demidchik EP, Miccoli P, Pinchera A, Pacini F.
Departments of Endocrinology and Metabolism, University of Pisa, Pisa 56124, Italy.
Rearrangements of the RET proto-oncogene may occur in both naturally occurring and radiation-induced papillary thyroid carcinomas. Conflicting results on the frequency and type of RET/PTC rearrangements have been reported in relation to age, radiation exposure, and histological tumor variant. We designed the present study to evaluate in a single laboratory, using the same methodologies, the pattern of RET/PTC activation in thyroid tumors from different groups of patients

● Page 12

Molholt Expert Report                                              16 April 2010
Hanna & Corbett vs Texas Instruments

It should be noted that Cheryl Corbett's papillary thyroid cancer, although diagnosed only a year earlier had a different cellular pathology: Papillary adenocarcinoma with marginal zone non-Hodgkin's lymphoma. Papillary thyroid cancers with this pathology have not demonstrated the BRAF oncogene mutation or gene fusions. Hence, it is unlikely that these two sisters inherited a predisposing oncogene, *i.e.*, they were not genetically predisposed to papillary thyroid cancer.[8]

---

(exposed or not exposed to radiation, children or adults, with benign or malignant tumors) in relationship to the above mentioned variables. We studied 154 patients with benign nodules (n = 65) or papillary thyroid cancer (n = 89). In the last group, 25 were Belarus children exposed to the post-Chernobyl radioactive fallout, 17 were Italian adults exposed to external radiotherapy for benign diseases, and 47 were Italian subjects (25 children and 22 adults) with no history of radiation exposure. Among patients with benign thyroid nodules, 21 were Belarus subjects (18 children and 3 adults) exposed to the post-Chernobyl radioactive fallout, 8 were Italian adults exposed to external radiation on the head and neck, and 36 were Italian adults with naturally occurring benign nodules. The overall frequency of RET/PTC rearrangements in papillary thyroid cancer was 55%. *The highest frequency was found in post-Chernobyl children and was significantly higher (P = 0.02) than that found in Italian children not exposed to radiation*, but not significantly higher than that found in adults exposed to external radiation. No difference of RET/PTC rearrangements was found between samples from irradiated (external x-ray) or not irradiated adult patients, as well as between children and adults with naturally occurring, not irradiated, thyroid cancer. When analyzing the type of RET/PTC rearrangement (RET/PTC1 or RET/PTC3), no major difference was apparent. In addition, eight cases with an unknown RET/PTC rearrangement and three cases with the concomitant expression of RET/PTC1 and RET/PTC3 were found. No significant correlation was observed between the frequency and/or the type of RET/PTC rearrangement and clinical-epidemiological features of the patients such as age at diagnosis, age at exposure, histological variant, gender and tumor-node-metastasis (TNM) categories. RET/PTC rearrangements were also found in 52.4% of post-Chernobyl benign nodules, in 37.5% of benign nodules exposed to external radiation and in 13.9% of naturally occurring nodules (P = 0.005, between benign post-Chernobyl nodules and naturally occurring nodules). The relative frequency of RET/PTC1 and RET/PTC3 in rearranged benign tumors showed no major difference. In conclusion, our results indicate that the presence of RET/PTC rearrangements in thyroid tumors is not restricted to the malignant phenotype, is not higher in radiation-induced tumors compared with those naturally occurring, is not different after exposure to radioiodine or external radiation, and is not dependent from young age. Other factors, probably influenced by ethnic or genetic background, may act independently from or in cooperation with radiation, to trigger the DNA damage leading to RET proto-oncogene activation. (Emphasis mine)

[8] This conclusion is further substantiated by a lack of thyroid cancer in their family history. It should be noted that even if Sandra Hannan and Cheryl Corbett had inherited an oncogene predisposing to thyroid carcinogenesis from one parent, mutation of this same oncogene in the homologous chromosome (from the other parent) by an environmental carcinogen would be required. Knudson, A.G., Jr. and B. Molholt [eds] (1980) Genetic predisposition to cancer in man. National Technical Information Service, Springfield, VA.

● Page 13

Molholt Expert Report
Hanna & Corbett vs Texas Instruments

16 April 2010

## Conclusions

As sisters Sandra Hannan and Cheryl Corbett grew up in the same household and as children and young adults frequently visited the unfenced Shpack Landfill for scavenging for junk, picking blueberries and swimming and fishing in the adjacent Chartley Pond. There was frequent burning of discarded debris at the Landfill. Hence, they were exposed to contaminants of the Landfill and Pond by ingestion, dermal contact and inhalation.

Shpack Landfill contained both domestic and industrial wastes, the latter being dominated by radioactive waste from the nearby M&C Nuclear plant, a division of Texas Instruments. There is no question that this plant was the source of radio-nuclides in the Shpack Landfill as characterized by very high ratios of uranium-235 to uranium-238 indicating that the source employed highly enriched uranium (EU).

Decades later, in their 50s and 60s, these two sisters would be diagnosed within a year of each other with rare forms of papillary thyroid cancer, for which both required thyroidectomy. Increased risk for papillary thyroid cancer has been linked to radiation exposure in the peer-reviewed medical literature.

With reasonable scientific certainty, I conclude that Sandra Hannan and Cheryl Corbett developed their papillary thyroid cancers as a result of having been exposed as children and young adults to radionuclides in the Shpack Landfill which had been dumped there by Texas Instruments and its predecessors, M&C and M&C Nuclear.

Yours sincerely,

*[signature]*

Bruce Molholt, Ph.D.